Juliane E. Lore, ID # 9786
LORE LAW FIRM PLLC
P.O. Box 913
Billings, MT 59103
Phone: 406-206-0144

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| LORI L. GUPTON | ) | Case No. 13-61104-13-RBK |
| | ) | |
| | ) | MOTION TO MODIFY PLAN |
| Debtor. | ) | AFTER CONFIRMATION |
| | ) | AND NOTICE |

_____

The Debtor, by and through her attorney JULIANE E. LORE, hereby moves the Court to modify the Chapter 13 Plan after confirmation pursuant to 11 U.S.C. Section 1329 and Mont. L.B.R. 3015-3, upon the following grounds:

The plan requires modification to reflect the correct arrearage amount, estimated in the first plan by the debtor, as filed in the proof of claim from the debtor's mortgage lender Flagstar bank, and also to address a secured claim filed by United Consumer Financial.

WHEREFORE, the undersigned moves the Court to enter an Order modifying the Debtors' confirmed Chapter 13 Plan as proposed in the Plan dated February 17, 2014, Document # 24 on the record.

DATED this 17th day of February 2014.

          Signed by:   /s/ Juliane E. Lore
          JULIANE E. LORE
          Attorney for Debtor

## NOTICE OF OPPORTUNITY TO RESPOND AND REQUEST A HEARING

**If you object to the motion, you must file a written responsive pleading and request a hearing within fourteen (14) days of the date of the motion. The responding party shall schedule the hearing on the motion at least twenty-one (21) days after the date of the responsive and request for hearing and shall include in the caption of the responsive pleading in bold and conspicuous print the date, time and location of the hearing by inserting in the caption the following:**

**NOTICE OF HEARING**
**Date:** _____
**Time:** _____
**Location:** _____

**If no objections are timely filed, the Court may grant the relief requested as a failure to respond by any entity shall be deemed an admission that the relief requested should be granted.**

    DATED this 17th day February, 2014.

          /s/ Juliane E. Lore
          Attorney for Debtor

## CERTIFICATE OF SERVICE

    I hereby certify that on February 17, 2014, a copy of the Motion to Modify Plan After Confirmation and Notice was served on the following parties by US Mail:

Flagstar Bank
Attn: Bankruptcy Dept
5151 Corporate Dr
Troy, MI 48098

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Montana Department of Revenue
PO Box 7701
Helena, MT 59604

Chase Mht Bk
Attention: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Discover Fin Svcs Llc
Po Box15316
Wilmington, DE 19850

Optimum/Bresnan
1860 Monad Road
Billings, MT 59101-6747

Rimrock Credit Union
952 Central Ave
Billings, MT 59102

Sheridan Memorial Hospital
1401 West 5th Street
Sheridan, WY 82801

St. Vincent Healthcare
PO Box 35200
Billings, MT 59107-5200

United Consumer Financial Services
865 Bassett Rd
Westlake, OH 44145

Unvl/citi
Attn.: Centralized  Bankruptcy
Po Box 20507
Kansas City, MO 64195

Wells Fargo
Po Box 60510
Los Angeles, CA 90060

Wells Fargo Card Ser
1 Home Campus
3rd Floor
Des Moines, IA 50328

Yellowstone Surgery Center
1144 North 28th St.
Billings, MT 59101

CBB Collections
PO Box 31213
Billings, MT 59107-1233

SCL Health System
SCLHS DEPT CH 14413
Palatine, IL 60055-4413

           \_\_/s/Juliane E. Lore _____
       **For Lore Law Firm, PLLC**