# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MONTANA

In re: GUPTON, LORI L. § Case No. 13-61104-7RBK
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH V. WOMACK, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $132,408.09           Assets Exempt: $30,322.09
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,147.44      Claims Discharged
                                                Without Payment: $34,363.31

Total Expenses of Administration: $622.48

3) Total gross receipts of $ 1,769.92 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,769.92 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $102,268.00 | $105,721.38 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 622.48 | 622.48 | 622.48 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 33,345.00 | 29,786.75 | 29,786.75 | 1,147.44 |
| **TOTAL DISBURSEMENTS** | $135,613.00 | $136,130.61 | $30,409.23 | $1,769.92 |

    4) This case was originally filed under Chapter 7 on August 12, 2013. The case was pending for 16 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/17/2015      By: /s/JOSEPH V. WOMACK
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2013 Tax Refunds | 1224-000 | 1,769.92 |
| **TOTAL GROSS RECEIPTS** | | **$1,769.92** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | FLAGSTAR BANK, FSB | 4110-000 | 102,066.00 | 105,521.38 | 0.00 | 0.00 |
| 8S | UNITED CONSUMER FINANCIAL SERVICES | 4210-000 | 202.00 | 200.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$102,268.00** | **$105,721.38** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH V. WOMACK | 2100-000 | N/A | 442.48 | 442.48 | 442.48 |
| JOSEPH V. WOMACK | 2200-000 | N/A | 100.00 | 100.00 | 100.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | N/A | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $622.48 | $622.48 | $622.48 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Internal Revenue Service | 5800-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Montana Department of Revenue | 5800-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | 6,709.00 | 7,006.76 | 7,006.76 | 269.92 |
| 2 | CHARTER COMMUNICATIONS ATTENTION: CASH MANAGEMENT | 7100-000 | 255.00 | 133.17 | 133.17 | 5.13 |
| 3 | WELLS FARGO BANK, N.A. | 7100-000 | 4,512.00 | 4,893.29 | 4,893.29 | 188.50 |
| 4 | WELLS FARGO CARD SERVICES | 7100-000 | 5,195.00 | 5,487.05 | 5,487.05 | 211.37 |
| 5 | COLLECTION BUREAU SERVICES | 7100-000 | 1,234.00 | 1,562.05 | 1,562.05 | 60.17 |
| 6 | ANTIO, LLC | 7100-000 | 7,014.00 | 7,014.46 | 7,014.46 | 270.21 |
| 8U | UNITED CONSUMER FINANCIAL SERVICES | 7100-000 | 202.00 | 62.12 | 62.12 | 2.39 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | SHERIDAN MEMORIAL HOSPITAL | 7100-000 | 2,500.00 | 3,627.85 | 3,627.85 | 139.75 |
| NOTFILED | Chase Mht Bk | 7100-000 | 1,987.00 | N/A | N/A | 0.00 |
| NOTFILED | Rimrock Credit Union | 7100-000 | 3,487.00 | N/A | N/A | 0.00 |
| NOTFILED | St. Vincent Healthcare | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $33,345.00 | $29,786.75 | $29,786.75 | $1,147.44 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-61104-7RBK  
**Case Name:** GUPTON, LORI L.

**Period Ending:** 07/17/15

**Trustee:** (460040) JOSEPH V. WOMACK  
**Filed (f) or Converted (c):** 04/07/14 (c)  
**§341(a) Meeting Date:** 05/22/14  
**Claims Bar Date:** 09/08/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Location: 4400 Morgan Avenue, Billings MT 59101, Imported from original petition Doc# 1; Exemption: Location: 4400 Morgan Avenue, Billings MT 59101 25-13-615 Homestead declaration recorded at Yellowstone Checking, Savings, or Other Financial Accounts, Certificates of Deposit - Amount: 22934.00 | 125,000.00 | 0.00 | | 0.00 | FA |
| 2  Purse, wallet  Imported from original petition Doc# 1 | 20.00 | 20.00 | | 0.00 | FA |
| 3  Altana Federal Credit Union Member checking/savi  Imported from original petition Doc# 1; Exemption: Altana Federal Credit Union Member checking/savings: #231477 - Amount: 150.00 | 150.00 | 0.00 | | 0.00 | FA |
| 4  Living room furniture, bedrooms (2), child's toy  Imported from original petition Doc# 1; Exemption: Living room furniture, bedrooms (2), child's toys, garage/garden hand tools, kitchen small appliances/cookware, TV, holiday decor, 2 cats/1 dog (mixed breed/fixed), personal misc. - Amount: 3000.00 | 3,000.00 | 0.00 | | 0.00 | FA |
| 5  Term life policy, Farmers Insurance Beneficiary:  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 6  Wells Fargo 401K #172918  Imported from original petition Doc# 1; Exemption: Wells Fargo 401K #172918 - Amount: 2238.09 | 2,238.09 | 0.00 | | 0.00 | FA |
| 7  2000 Ford Focus  Imported from original petition Doc# 1; Exemption: 2000 Ford Focus - Amount: 2000.00 | 2,000.00 | 0.00 | | 0.00 | FA |
| 8  2013 Tax Refunds (u)  Includes 10% interest and Bank Fee; | Unknown | Unknown | | 1,769.92 | FA |
| 8  Assets  Totals (Excluding unknown values) | **$132,408.09** | **$20.00** | | **$1,769.92** | **$0.00** |

**Major Activities Affecting Case Closing:**

    07/14/15 Check cleared June, 2015 ready for TDR email to MF; cr

    04/30/15 Checks cut - waiting for checks to clear to do TDR cr

Printed: 07/17/2015 12:26 PM     V.13.23

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 13-61104-7RBK | Trustee: | (460040) JOSEPH V. WOMACK |
| --- | --- | --- | --- |
| Case Name: | GUPTON, LORI L. | Filed (f) or Converted (c): | 04/07/14 (c) |
| | | §341(a) Meeting Date: | 05/22/14 |
| Period Ending: 07/17/15 | | Claims Bar Date: | 09/08/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

03/30/15 TFR filed with Court - waiting for approval to cut checks cr

03/10/15 TFR sent to USTP; cr

03/10/15 Review'd claims ready for TFR; cr

01/28/15 Debtor will send payment tonight $250 tonight and the will sent a copy of the return when completed; look up house info debtor has lost the house maybe do a short sale; cr

01/21/15 Returned mail resent ot 627 Kingfisher Avenue Sheridan, WY 82801-4541 mf

01/20/15 KEEP 2014 TAX REFUND IF WE RECEIVE TO PAY STIPULATION!!!!!

1/15/15 sent ltr demanding payment

12/18/14 Debtor has nego with bank on re: home reaffirmation per 341 meeting 5/22/14; home is still in debtor's name no interest in shortsale...; cr

07/28/14 Debtor paying on Stip by 02/15/15 final due date for 2013 taxes; cr

06/25/14 Received refund same day converted is property of the estate; 2013 Taxes $1614.67, $150 per month plus $10 bank Fee for 8mths; 15th of the month; sent stipulation; cr

05/23/14 Need documenation from Debtor/Juliane re receipt of tax refunds and spending. Close NA if it was all spent prior to conversion. ll

**Initial Projected Date Of Final Report (TFR):** June 1, 2015  **Current Projected Date Of Final Report (TFR):** March 10, 2015  (Actual)

Printed: 07/17/2015 12:26 PM    V.13.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-61104-7RBK  
**Case Name:** GUPTON, LORI L.  
**Taxpayer ID #:** **-***5758  
**Period Ending:** 07/17/15

**Trustee:** JOSEPH V. WOMACK (460040)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4666 - Checking Account  
**Blanket Bond:** $76,101,573.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 07/09/14 | | Lori L Gupton | Acct #1; Payment #1, 2 | | | 170.00 | | 170.00 |
| | {8} | | Acct #1; Payment #1 | 150.00 | 1224-000 | | | 170.00 |
| | {8} | | Acct #1; Payment #2 | 20.00 | 1224-000 | | | 170.00 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 160.00 |
| 08/13/14 | | Lori L. Gupton | Acct #1; Payment #2, 3 | | | 160.00 | | 320.00 |
| | {8} | | Acct #1; Payment #2 | 130.00 | 1224-000 | | | 320.00 |
| | {8} | | Acct #1; Payment #3 | 30.00 | 1224-000 | | | 320.00 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 310.00 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 300.00 |
| 10/14/14 | | Lori L Gupton | Acct #1; Payment #3, 4 | | | 200.00 | | 500.00 |
| | {8} | | Acct #1; Payment #3 | 120.00 | 1224-000 | | | 500.00 |
| | {8} | | Acct #1; Payment #4 | 80.00 | 1224-000 | | | 500.00 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 490.00 |
| 11/26/14 | | Lori L Kintzi | Acct #1; Payment #4, 5 | | | 200.00 | | 690.00 |
| | {8} | | Acct #1; Payment #4 | 70.00 | 1224-000 | | | 690.00 |
| | {8} | | Acct #1; Payment #5 | 130.00 | 1224-000 | | | 690.00 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 680.00 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 670.00 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 660.00 |
| 02/02/15 | | Richard J. or Lori L. Kintzi | Acct #1; Payment #5, 6, 7 | | | 250.00 | | 910.00 |
| | {8} | | Acct #1; Payment #5 | 20.00 | 1224-000 | | | 910.00 |
| | {8} | | Acct #1; Payment #6 | 150.00 | 1224-000 | | | 910.00 |
| | {8} | | Acct #1; Payment #7 | 80.00 | 1224-000 | | | 910.00 |
| 02/23/15 | | Lori L. Kintzi | Acct #1; Payment #7, 8 | | | 160.00 | | 1,070.00 |
| | {8} | | Acct #1; Payment #7 | 70.00 | 1224-000 | | | 1,070.00 |
| | {8} | | Acct #1; Payment #8 | 90.00 | 1224-000 | | | 1,070.00 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,060.00 |
| 03/02/15 | | Richard J. or Lori L. Kintzi | Acct #1; Payment #8 | | | 629.92 | | 1,689.92 |
| | {8} | 13-61104 | Acct #1; Payment #8 | 629.92 | 1224-000 | | | 1,689.92 |
| 04/29/15 | 101 | JOSEPH V. WOMACK | Dividend paid 100.00% on $100.00, Trustee Expenses; Reference: | | 2200-000 | | 100.00 | 1,589.92 |
| 04/29/15 | 102 | JOSEPH V. WOMACK | Dividend paid 100.00% on $442.48, Trustee Compensation; Reference: | | 2100-000 | | 442.48 | 1,147.44 |
| 04/29/15 | 103 | DISCOVER BANK | Dividend paid 3.85% on $7,006.76; Claim# 1; Filed: $7,006.76; Reference: | | 7100-000 | | 269.92 | 877.52 |
| 04/29/15 | 104 | CHARTER COMMUNICATIONS ATTENTION: CASH | Dividend paid 3.85% on $133.17; Claim# 2; Filed: $133.17; Reference: | | 7100-000 | | 5.13 | 872.39 |

Subtotals : $1,769.92 $897.53

{} Asset reference(s)

Printed: 07/17/2015 12:26 PM V.13.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-61104-7RBK
**Case Name:** GUPTON, LORI L.

**Taxpayer ID #:** **-***5758
**Period Ending:** 07/17/15

**Trustee:** JOSEPH V. WOMACK (460040)
**Bank Name:** Rabobank, N.A.
**Account:** ******4666 - Checking Account
**Blanket Bond:** $76,101,573.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | MANAGEMENT | | | | | |
| 04/29/15 | 105 | WELLS FARGO BANK, N.A. | Dividend paid 3.85% on $4,893.29; Claim# 3; Filed: $4,893.29; Reference: | 7100-000 | | 188.50 | 683.89 |
| 04/29/15 | 106 | WELLS FARGO CARD SERVICES | Dividend paid 3.85% on $5,487.05; Claim# 4; Filed: $5,487.05; Reference: | 7100-000 | | 211.37 | 472.52 |
| 04/29/15 | 107 | COLLECTION BUREAU SERVICES | Dividend paid 3.85% on $1,562.05; Claim# 5; Filed: $1,562.05; Reference: | 7100-000 | | 60.17 | 412.35 |
| 04/29/15 | 108 | ANTIO, LLC | Dividend paid 3.85% on $7,014.46; Claim# 6; Filed: $7,014.46; Reference: | 7100-000 | | 270.21 | 142.14 |
| 04/29/15 | 109 | UNITED CONSUMER FINANCIAL SERVICES | Dividend paid 3.85% on $62.12; Claim# 8U; Filed: $62.12; Reference: | 7100-000 | | 2.39 | 139.75 |
| 04/29/15 | 110 | SHERIDAN MEMORIAL HOSPITAL | Dividend paid 3.85% on $3,627.85; Claim# 9; Filed: $3,627.85; Reference: | 7100-000 | | 139.75 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 1,769.92 | 1,769.92 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 1,769.92 | 1,769.92 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $1,769.92 | $1,769.92 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******4666** | 1,769.92 | 1,769.92 | 0.00 |
| | $1,769.92 | $1,769.92 | $0.00 |

{} Asset reference(s)

Printed: 07/17/2015 12:26 PM V.13.23